# United States District Court
## Central District of California
### Eastern Division

| | |
|---|---|
| AOP Ventures, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Steam Distribution, LLC et al.,<br><br>　　　　　　　　Defendants. | EDCV 15-1586-VAP (KKx)<br><br>**Order to Show Cause Re: Failure to File Mediation Report** |

　　　　On February 5, 2016, the Court extended the deadline for the parties' deadline for a settlement conference. Pursuant to that Order, the final day to conduct a settlement conference was March 31, 2016, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than May 19, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated:　5/12/16

　　　　　　　　　　　　　　　　　　　　*Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　United States District Judge