Konrad K. Gatien (Bar No. 221770)
E-Mail: *kgatien@stubbsalderton.com*
Anthony M. Keats (Bar No. 123672)
E-Mail: *akeats@stubbsalderton.com*
Barak J. Kamelgard (Bar No. 298822)
Email: *bkamelgard@stubbsalderton.com*
STUBBS ALDERTON & MARKILES LLP
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401
Telephone: (310) 746-9800
Facsimile: (310) 746-9820

Attorneys for Plaintiff
AOP VENTURES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| AOP VENTURES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STEAM DISTRIBUTION, LLC, a California limited liability company; ONE HIT WONDER, INC., a California corporation; HAVZ, LLC DBA STEAM WHOLESALE, a California limited liability company; ANTHONY TELLEZ III, an individual; and DOES 1-10,<br><br>　　　　　　　Defendants.<br><br>ONE HIT WONDER, INC., a California corporation; and ANTHONY TELLEZ III, an individual,<br><br>　　　　　　　Counterclaimants,<br>　　v.<br><br>AOP VENTURES, INC., a Delaware corporation,<br><br>　　　　　　　Counterdefendant. | **CASE NO. 5:15-CV-01586 VAP (KKx)**<br><br>**DECLARATION OF KONRAD K. GATIEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

I, Konrad K. Gatien, hereby declare as follows:

I am a member of the bar of the State of California and have been admitted to practice before the United States District Court for the Central District of California. I am a partner at the law firm of Stubbs Alderton & Markiles, LLP, attorneys for Plaintiff in this case. This declaration is made in support of the Joint Stipulation regarding Plaintiff AOP Ventures, Inc.'s ("AOP") Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment. Other than as indicated below, I have personal knowledge of the facts and events described herein, such facts and events are true, or believed by me to be true, and, if called upon, I would testify competently thereto.

1. Attached hereto as **Exhibit 24** is a true and correct copy of AOP's Third Amended Complaint.

2. Attached hereto as **Exhibit 25** is a true and correct copy of Defendants One Hit Wonder and Tellez's First Amended Counterclaim.

3. Attached hereto as **Exhibit 26** is a true and correct copy of Defendant Tellez's Responses to AOP's Revised First Set of Interrogatories.

4. Attached hereto as **Exhibit 27** is a true and correct copy of Defendant Tellez's Responses to AOP's Second Set of Interrogatories.

5. Attached hereto as **Exhibit 28** is a true and correct copy of Defendant Tellez's Supplemental Responses to AOP's Revised First Set of Interrogatories.

6. Attached hereto as **Exhibit 29** is a true and correct copy of Defendant Tellez's Responses to AOP's First Set of Requests for Admission.

7. Attached hereto as **Exhibit 30** is a true and correct copy of Defendant One Hit Wonder's Responses to AOP's First Set of Requests for Admission.

8. Attached hereto as **Exhibit 31** is a true and correct copy of Defendant Tellez's federal trademark application for the mark MILK MAN.

9. Attached hereto as **Exhibit 32** is a true and correct copy of the purported November 14, 2014 handwritten invoice, which was produced in this Action as STEAM 00002.

10. Attached hereto as **Exhibit 33** is a true and correct copy of the purported November 21, 2014 handwritten invoice, which was produced in this Action as STEAM 00001.

11. Attached hereto as **Exhibit 34** is a true and correct copy of the sales summary through March 3, 2016, for Steam Wholesale's sale of MILK MAN e-liquid produced by Defendants in this Action as STEAM 00370 – STEAM 00443.

12. Attached hereto as **Exhibit 35** is a true and correct copy of the sales summary through February 29, 2016, for One Hit Wonder's sale of MILK MAN e-liquid produced by Defendants in this Action as STEAM 00444 – STEAM 00669.

13. Attached hereto as **Exhibit 36** is a true and correct copy of the sales summary through March 18, 2016, for Steam Wholesale's sales produced by Defendants in this Action as STEAM 10739 – STEAM 11110.

14. Attached hereto as **Exhibit 37** is a true and correct copy of the sales summary through June 29, 2016, for One Hit Wonder's sales produced by Defendants in this Action as STEAM 09154 – STEAM 10141.

15. Attached hereto as **Exhibit 38** are true and correct copies of social media posts produced in this Action with customer comments evidencing confusion.

16. Attached hereto as **Exhibit 39** are true and correct copies of social media posts produced in this Action showing Defendants use of the terms "the Milk Man" and "The Milk Man."

17. Attached hereto as **Exhibit 40** are true and correct copies of social media posts produced in this Action showing Defendants use of the hashtag "#dripclub."

18. On June 24, 2015, on behalf of AOP, I sent a letter to Defendants, a true and correct copy of which is attached hereto as **Exhibit 41**.

19. Defendants did not respond to AOP's June 24, 2015 letter.

20. On July 8, 2015, on behalf of AOP, I sent a follow-up letter to Defendants, a true and correct copy of which is attached hereto as **Exhibit 42**.

21. On July 17, 2015, Defendants' counsel sent a response letter, a true and correct copy of which is attached hereto as **Exhibit 43**.

22. On July 24, 2015, on behalf of AOP, I sent a letter to Defendants' counsel, a true and correct copy of which is attached hereto as **Exhibit 44**.

23. Defendants did not respond to AOP's July 24, 2015, letter.

24. On August 5, 2015, AOP filed this lawsuit.

25. On August 11, 2015, AOP requested, and was granted, a 90-day extension of time to file a notice of opposition to Tellez's MILK MAN trademark application.

26. On or about September 30, 2015, after the commencement of this action and during the 90-day extension given to AOP to oppose Tellez's federal trademark application, Defendant One Hit Wonder filed a California state trademark application for MILK MAN for e-liquid, the same goods identified in the federal MILK MAN application. A true and correct copy of the application is attached hereto as **Exhibit 45**.

27. One Hit Wonder's California MILK MAN mark matured to registration on October 21, 2015 (Cal. Reg. No. 120457), a true and correct copy of which is attached hereto as **Exhibit 46**.

28. On November 13, 2015, AOP opposed the federal trademark application for the MILK MAN mark before the Trademark Trial and Appeal Board.

29. For the first time, on January 5, 2016, Defendants informed AOP of One Hit Wonder's California trademark registration. A true and correct copy of the email is attached hereto as **Exhibit 47**.

30. Attached hereto as **Exhibit 48** is a true and correct transcript of the deposition of Robert Hackett, as the Person Most Knowledgeable for Defendant One Hit Wonder, which took place on March 8, 2016.

31. Attached hereto as **Exhibit 49** is a true and correct transcript of the deposition of Robert Hackett, as the Person Most Knowledgeable for Defendant Steam Distribution, which took place on March 9, 2016.

32. Attached hereto as **Exhibit 50** is a true and correct transcript of the deposition of Defendant Anthony Tellez, which took place on March 10, 2016.

33. Attached hereto as **Exhibit 51** is a true and correct transcript of the deposition of Berj Aliksanian, which took place on March 11, 2016.

34. Attached hereto as **Exhibit 52** is a true and correct transcript of the deposition of Nabil Iskander, which took place on March 11, 2016.

35. Attached hereto as **Exhibit 53** is a true and correct transcript of the deposition of William Hackett, as an individual and as the Person Most Knowledgeable for Insite Web Development, LLC, which took place on May 12, 2016.

36. Attached hereto as **Exhibit 54** is a true and correct transcript of the deposition of Julie Trinh, which took place on May 24, 2016.

37. Attached hereto as **Exhibit 55** is a true and correct transcript of the deposition of Nick Voudouris, which took place on June 3, 2016.

38. Attached hereto as **Exhibit 56** is a true and correct transcript of the continued deposition of Robert Hackett, as the Person Most Knowledgeable for both Defendants One Hit Wonder and Steam Distribution, which took place on June 24, 2016.

39. None of the deponents listed in the preceding paragraphs made any changes to their depositions transcripts.

40. Attached hereto as **Exhibit 57** is a true and correct transcript of the deposition of Mike Zhang, which took place on June 8, 2016.

41. Attached hereto as **Exhibit 58** is a true and correct transcript of the deposition of Barbara Villegas, which took place on June 8, 2016.

42. On June 29, 2016, on behalf of AOP, I informed Defendants that it had acquired the rights to Deus Juice's MILKMAN mark. A true and correct copy of this correspondence is attached hereto as **Exhibit 59**.

43. After June 29, 2016, Defendants have continued to sell their MILK MAN e-liquid nationwide.

44. Attached hereto as **Exhibit 60** is a true and correct copy of Defendants' Rebuttal Damages Expert Report produced in this Action.

45. Attached hereto as **Exhibit 61** is a true and correct copy of AOP's Forensic Expert Report produced in this Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September 2016, at Sherman Oaks, California.

/s/Konrad K. Gatien  
Konrad K. Gatien