Konrad K. Gatien (Bar No. 221770)
E-Mail: kgatien@stubbsalderton.com
Anthony M. Keats (Bar No. 123672)
E-Mail: akeats@stubbsalderton.com
Barak J. Kamelgard (Bar No. 298822)
Email: bkamelgard@stubbsalderton.com
STUBBS ALDERTON & MARKILES LLP
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401
Telephone: (310) 746-9800
Facsimile: (310) 746-9820

Attorneys for Plaintiff
AOP VENTURES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| AOP VENTURES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEAM DISTRIBUTION, LLC, a California limited liability company; ONE HIT WONDER, INC., a California corporation; HAVZ, LLC DBA STEAM WHOLESALE, a California limited liability company; ANTHONY TELLEZ III, an individual; and DOES 1-10,<br><br>　　　　　　　Defendants.<br><br>ONE HIT WONDER, INC., a California corporation; and ANTHONY TELLEZ III, an individual,<br><br>　　　　　　　Counterclaimants,<br>　　v.<br><br>AOP VENTURES, INC., a Delaware corporation,<br><br>　　　　　　　Counterdefendant. | **CASE NO. 5:15-CV-01586 VAP (KKx)**<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Plaintiff AOP Ventures, Inc. ("AOP"), by and through its attorneys, submits this Request for Judicial Notice, pursuant to Federal Rules of Evidence, Rule 201, in support of AOP's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment.

AOP respectfully requests that this Court take judicial notice of the following documents:

1. The January 28, 2015 Health Advisory published by the California Department of Public Health entitled "Electronic Cigarettes: A Summary of the Public Health Risks and Recommendations for Health Care Professionals," a true and correct copy of which is attached hereto as **Exhibit A**.

2. The January 2015 "State Health Officer's Report on E-Cigarettes: A Community Health Threat" published by the California Department of Public Health, California Tobacco Control Program, a true and correct copy of which is attached hereto as **Exhibit B**.

3. The "Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2015" release by the U.S. Census Bureau, Population Division in December 2015, a true and correct copy of which is attached hereto as **Exhibit C**.

AOP also respectfully requests that this Court take judicial notice of the following information:

4. The California Secretary of State's office maintains registration and all updates of California state trademarks and service marks, which are accessible to the public only upon request, as stated at http://www.sos.ca.gov/business-programs/ts/.

5. The federal trademark application for the mark MILK MAN (Ser. No. 86553215) was approved for publication without requiring a showing of secondary meaning.

6. The distance from Tellez's home at 14271 Lanning Dr., Whittier, CA 90604 to LA Vapor Works at 524 N. Montebello Blvd., Montebello, CA 90640 is 6.76 miles, as calculated by Google Maps, a true and correct copy of which is attached hereto as **Exhibit D**.

7. The distance from Tellez's home at 14271 Lanning Dr., Whittier, CA 90604 to Whittier Vapes at 15640 Leffingwell Rd., Whittier, CA 90604 is 1.97 miles, as calculated by Google Maps, a true and correct copy of which is attached hereto as **Exhibit E**.

Dated: September 2, 2016      By: _____
                                                  Konrad K. Gatien, Esq.
                                                  STUBBS ALDERTON & MARKILES, LLP
                                                  Attorneys for Plaintiff
                                                  AOP Ventures, Inc.