JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 2, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

# United States District Court
## Central District of California
### Eastern Division

AOP Ventures, Inc.,

     Plaintiff,

  v.

Steam Distribution, LLC et al.,

     Defendants.

EDCV 15-1586-VAP (KKx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Plaintiff's Motion to Voluntarily Dismiss Without Prejudice Plaintiff's Remaining Claims filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 11/2/16

            Virginia A. Phillips
           Chief United States District Judge