

# United States District Court
## Central District of California
### Eastern Division

AOP Ventures, Inc.,

           Plaintiff,

v.

Steam Distribution, LLC et al.,

           Defendants.

EDCV 15-1586-VAP (KKx)

**Amended Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Judgment entered on November 2, 2016, (Doc. No. 126) is hereby amended and entered in accordance with this Court's Orders granting in part Plaintiff AOP Ventures, Inc.'s Motion for Summary Judgment (Doc. No. 104) and granting Plaintiff's Motion to Voluntarily Dismiss Without Prejudice Plaintiff's Remaining Claims (Doc. No. 123).

On October 11, 2016, this Court granted summary judgment in favor of Plaintiff as to Plaintiff's claims for federal and state trademark infringement, false designation of origin under federal law, and unfair competition under California law relating to Defendants' use of the MILK MAN mark. It is, therefore, ORDERED AND ADJUDGED that:

1. Defendants Steam Distribution, LLC, One Hit Wonder, Inc., HAVZ, LLC, and Anthony Tellez III, their officers, agents,

servants, employees, attorneys, parents, subsidiaries and related companies, and all persons acting for, with, by, through or under them having notice of this Order by personal service, electronic mail, or otherwise, and each of them, are enjoined from marketing, advertising, distributing, offering to sell, or selling any product, packaging, or any other item that was named or labeled with the marks MILK MAN, MILKMAN, THE MILK MAN, or THE MILKMAN, or otherwise using said marks in commerce;

2. Defendants' California MILK MAN trademark be cancelled; and

3. Plaintiff is awarded damages in the amount of $6,487,861.00 against Defendants.

On November 1, 2016, this Court dismissed without prejudice Plaintiff's remaining claims for attorney's fees and treble damages, intentional interference with prospective economic advantage, and infringement of the DRIP CLUB trademark. (Doc. No. 123.) Pursuant to the Order granting Plaintiff's Motion to Voluntarily Dismiss Without Prejudice Plaintiff's Remaining Claims (Doc. No. 123), it is hereby ORDERED AND ADJUDGED that Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE.

The Court orders that such judgment be entered.

Dated: 11/23/16

*Virginia A. Phillips*

Virginia A. Phillips
Chief United States District Judge