UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV 15-1586-WDK(KKx) |
| Title: | AOP Ventures, Inc. v. Steam Distribution, LLC, et al. |
| Date | November 9, 2017 |

Present: The Honorable WILLIAM D. KELLER, Senior United States District Judge

| Cheryl Wynn | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

Attorneys Present for Plaintiff(s): Konrad Gatien, Matthew Graham, Michael Cohen

Attorneys Present for Defendants: Matthew Wegner, William Brown, Jr., Lily Li

_____ Day Court Trial    3rd Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by _____    is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by _____    is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____    is    _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to Monday, November 13, 2017 at 1:00 p.m. for further trial/further jury deliberation.
_____ Other:

6 : 12

Initials of Deputy Clerk    cw

cc: