UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV 15-1586-WDK(KKx)   **AMENDED**   Date: November 14, 2017 |
| Title: | AOP Ventures, Inc. v. Steam Distribution, LLC, et al. |

Present: The Honorable WILLIAM D. KELLER, Senior United States District Judge

| Patricia Gomez | Anne Kielwasser (a.m.) / Katie Thibodeaux (p.m.) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Konrad Gatien, Matthew Graham, Michael Cohen | Matthew Wegner, William Brown, Jr., Lily Li |

___ Day Court Trial   5th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
___ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ___ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ✓ Polling waived.
✓ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
___ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
___ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Discussions regarding 2nd phase of trial.

5 : 25

Initials of Deputy Clerk   pg

cc: