BROWN WEGNER LLP
William J. Brown, Jr. (SBN 192950)
  bill@brownwegner.com
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Defendants,
ONE HIT WONDER, INC., ANTHONY TELLEZ III
STEAM DISTRIBUTION, LLC, and HAVZ, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOP VENTURES, INC., | Case No: 5:15-cv-01586 WDK(KKx) |
| Plaintiff, | **DEFENDANTS' BRIEF IN RESPONSE TO COURT'S ORDER RE: BRIEFING CONCERNING THE DEFENDANTS' BANKRUPTCY CASES AND AUTOMATIC STAY OF 11 U.S.C. § 362(A) [DKT. NO. 407]** |
| v. | |
| STEAM DISTRIBUTION, LLC; ONE HIT WONDER, INC.; ANTHONY TELLEZ III; HAVZ, LLC; and DOES 1—10, | |
| Defendants. | Courtroom: 5C<br>Judge: Honorable William D. Keller |
| ONE HIT WONDER, INC.; ANTHONY TELLEZ III, | |
| Counterclaimants, | |
| v. | |
| AOP VENTURES, INC., | |
| Counter-Defendant. | |

1    On March 26, 2018, One Hit Wonder, Inc., a California corporation ("One Hit Wonder"), Steam Distribution, LLC, a California Limited Liability Company ("Steam Distribution"), and Steam Wholesale (d/b/a HAVZ, LLC), a California Limited Liability Company ("HAVZ") (together, the "Debtors"), filed voluntary petitions pursuant to Section 301 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").  The bankruptcy cases (each a "Case" and, collectively, the "Cases") bear case numbers 18-11600-abl, 18-11598-abl, and 18-11599-abl, respectively.

All of the Cases have been assigned to the Honorable August B. Landis, United States Bankruptcy Judge for the District of Nevada, Las Vegas Division.  The Debtors have filed motions requesting that the Bankruptcy Court enter an order jointly administering the Debtors' bankruptcy Cases and designating Steam Distribution's Case as the lead Case.

On March 27, 2018, this Court issued an Order Re: Briefing [Docket Entry No. 407] requesting that the parties brief whether the bankruptcy filing stayed the "Exceptional Circumstances" phase of the above-captioned case.

This case—including but not limited to the "Exceptional Circumstances" hearing—is subject to the automatic stay under the Bankruptcy Code.  "The stay is self-executing, effective upon the filing of the bankruptcy petition ... and sweeps broadly, enjoining the commencement or continuation of any act to collect, assess or recover a claim against the debtor that arose before the commencement of the case." *McCarthy, Johnson & Miller* v. *North Bay Plumbing, Inc. (In re Pettit),* 217 F.3d 1072, 1077 (9th Cir. 2000).

Section 362(a)(1) of the Bankruptcy Code specifically stays judicial process:

> … a petition filed under section 301 . . . of this title . . . operates a stay, applicable to all entities, of –

>    (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title . . .

11 U.S.C. § 362(a)(1). There is no exception to the automatic stay applicable here. *See* 11 U.S.C. § 362(b) (listing specific exceptions).

DATED: March 28, 2018

BROWN WEGNER LLP

/s/ Matthew K. Wegner
Matthew K. Wegner

Attorneys for ONE HIT WONDER, INC. and ANTHONY TELLEZ, III; STEAM DISTRIBUTION, LLC; and HAVZ, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing document electronically transmitted to the Court's Electronic Filing System is served on counsel of record who are deemed to have consented for purposes of F.R.Civ.P. 5(b)(2)(E) to receive electronic service of documents through the Court's CM/ECF System per L.R. 5-3.2.

Dated: March 28, 2018          /s/ Matthew K. Wegner
                               Matthew K. Wegner