**MICHAEL L. COHEN,**
**A PROFESSIONAL LAW CORPORATION**
MICHAEL L. COHEN (SBN: 206253)
2300 Westwood Boulevard, Suite 200
Los Angeles, California 90064
Telephone: (213) 413-6400
Facsimile: (213) 403-6405
cohen@mlcplclaw.com

Attorney for Plaintiff
AOP VENTURES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| AOP VENTURES, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>STEAM DISTRIBUTION, LLC, a California limited liability company; ONE HIT WONDER, INC., a California corporation; HAVZ, LLC DBA STEAM WHOLESALE, a California limited liability company; ANTHONY TELLEZ III, an individual; and DOES 1-10,<br><br>Defendants. | **CASE NO. 5:15-CV-01586 WDK (KKx)**<br><br>**NOTICE OF ATTORNEY LIEN** |
| ONE HIT WONDER, INC., a California corporation; and ANTHONY TELLEZ III, an individual,<br><br>Counterclaimants,<br>v.<br><br>AOP VENTURES, INC., a Delaware corporation,<br><br>Counterdefendant. | |

1  Michael L. Cohen, A Professional Law Corporation, claims and perfects its attorney's lien for a
2  contingency fee in the above-referenced matter, claiming an interest in any sums due from any party,
3  jointly and severally. *See* Cal. Business and Professions Code § 6417.
4  The attorney's lien for fees in the above-referenced matter arises from a contingency fee
5  agreement entered into between AOP Ventures, Inc., and the law firm Michael L. Cohen, A
6  Professional Law Corporation.
7  The attorney's lien is for the agreed-upon fee, as defined in the fee agreement.
8  
9  This lien has been perfected by the service of this notice upon all interested parties. The law
10 firm Michael L. Cohen, A Professional Law Corporation must be included as a payee on any and all
11 settlement drafts advances until instructed otherwise in writing by this firm.
12 If any interested party believes this lien has not been properly perfected, such an objection must
13 be stated in writing to the law firm Michael L. Cohen, A Professional Law Corporation within thirty
14 (30) days of receipt of this notice. Otherwise, any objection is waived.

DATED:   November 2, 2018

MICHAEL L. COHEN,
A PROFESSIONAL LAW CORPORATION


By: /S/ Michael L. Cohen
    Michael L. Cohen
    Attorney for the Plaintiff,
    AOP Ventures, Inc.

-1-

Case No. 5:15-cv-01586 VAP (KKx)
NOTICE OF ATTORNEY LIEN