UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| AOP VENTURES, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>STEAM DISTRIBUTION, LLC, a California limited liability company; ONE HIT WONDER, INC., a California corporation; HAVZ, LLC DBA STEAM WHOLESALE, a California limited liability company; and DOES 1-10,<br><br>Defendants. | **CASE NO. 5:15-CV-01586 WDK (KKx)**<br><br>[PROPOSED]<br>**FINAL JUDGMENT UPON CONSENT WITH RESPECT TO DEFENDANTS STEAM DISTRIBUTION, LLC, ONE HIT WONDER, INC., AND HAVZ, LLC DBA STEAM WHOLESALE.** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the parties having so stipulated, the Court hereby enters final judgment in the action on the terms provided for herein:

**FINAL JUDGMENT UPON CONSENT**

Plaintiff, AOP Ventures, Inc. ("AOP"), having filed an operative complaint in this action charging the remaining Defendants, Steam Distribution, LLC, One Hit Wonder, Inc., and Havz, LLC dba Steam Wholesale (collectively, the "Steam Defendants") with claims for federal trademark infringement, federal false designation of origin, intentional interference with prospective economic advantage, state statutory unfair competition, state common law trademark infringement, cancellation of a California trademark registration, and state common law unfair competition; and Defendant One Hit Wonder, Inc. having filed an operative counterclaim against AOP for federal false designation of origin, state statutory unfair competition, state common law trademark infringement, and state common law unfair competition, and the parties having settled the controversy between them, it is:

ORDERED, ADJUDGED AND DECREED as between the parties hereto that:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. §§ 1114, 1121, 1125, and 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a). Venue in this district is proper pursuant to 28 U.S.C. §§ 1391 (b) and (c). Service was properly made against the Steam Defendants.

2. AOP Ventures, Inc. (now Shift Ventures, Inc.) is a Delaware corporation licensed to do business in the State of California, with a business address of 2540 Corporate Pl., Suite B103, Monterey Park, California 91754.

3. AOP is the owner of all common law rights in and to the mark THE MILKMAN including without limitation the federal trademark applications pending before the United States Patent and Trademark Office for THE MILKMAN (word

-1-

CV 15-01586 WDK (KKx)
FINAL JUDGMENT UPON CONSENT

mark) and THE MILKMAN (design) identified by Serial Nos. 86618735 and 86618769, respectively (hereinafter "AOP'S THE MILKMAN Mark").

4. AOP'S THE MILKMAN Mark is in full force and effect and the goodwill of AOP's businesses therein and thereto have never been abandoned.

5. AOP alleges that the Steam Defendants have sold merchandise wrongfully bearing infringements of AOP'S THE MILKMAN Mark.

6. The Steam Defendants and their officers, owners, shareholders, directors, employees, attorneys, partners, agents, subsidiaries, successors, assigns, affiliates and any and all persons and entities under the Steam Defendants' direction or control, or in active concert or participation with any of them, agree to be contractually enjoined and are immediately and permanently enjoined and restrained throughout the world from:

   a. using any reproduction, counterfeit, copy or colorable imitation of AOP'S THE MILKMAN Mark, including specifically, MILK MAN, MILKMAN, or THE MILK MAN, to identify any goods or the rendering of any services not authorized by AOP;

   b. engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, the Steam Defendants' customers, and/or members of the public to believe that, the actions of the Steam Defendants, the products sold by the Steam Defendants, or the Steam Defendants themselves are connected with AOP, are sponsored, approved, or licensed by AOP, or are in some way connected or affiliated with AOP; and

   c. assisting, aiding or abetting any other person or business entity in engaging in or performing any of the above-prohibited acts.

\\\

\\\

-2-

CV 15-01586 WDK (KKx)
FINAL JUDGMENT UPON CONSENT

7. Defendants are ordered, jointly and severally, to pay to AOP a final judgment in the amount of Sixteen Million Dollars ($16,000,000.00), which AOP acknowledges has been satisfied pursuant to the terms of the parties' settlement agreement (the "Settlement Agreement").

8. AOP acknowledges that the amount paid to AOP by Defendants fully satisfies AOP's claims, unless the Settlement Agreement is breached by Defendants, in which case the parties' respectfully request that this Court retain jurisdiction of the parties' dispute for the purpose of re-opening this case to make any orders necessary or proper to enforce the Settlement Agreement between the parties, the permanent injunction provided for herein, and any orders issued by the court in the related bankruptcy proceedings in Nevada (lead case assigned Case No. Bankr. D. Nev. 2:18-bk-11598).

9. Defendant One Hit Wonder, Inc.'s counterclaims against AOP are dismissed with prejudice, and its California state trademark registration for MILK MAN is cancelled.

10. This Judgment shall be deemed to have been served upon all parties to the action at the time of its execution by the Court.

11. The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against the Steam Defendants.

**IT IS SO ORDERED.**

DATED: September 19, 2019

HON. WILLIAM D. KELLER
U.S. DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

IT IS SO STIPULATED:

Respectfully submitted:

Dated: September 16, 2019  By: _____
Konrad K. Gatien, Esq.
KEATS GATIEN, LLP
Attorneys for Plaintiff
AOP Ventures, Inc.

Dated: September 16, 2019  By: /s/Matthew K. Wegner
Matthew K. Wegner (SBN 223062)
BROWN WEGNER LLP
Attorneys for Defendants
Steam Distribution, LLC
One Hit Wonder, Inc.
Havz, LLC dba Steam Wholesale

**SIGNATURE ATTESTATION:** I hereby attest that I have authorization for any signatures indicated by a conformed signature within this e-filed document, and that all other signatories herein listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing of same.

/s/Konrad K. Gatien
Konrad K. Gatien